# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED LAWS, | NO. CV 11-10133 DOC (FMO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| TERRY L. GONZALES, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: January 17, 2012.

*/s/ David O. Carter*
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE